UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

File No. **15-20652-4**

Hon. **George Caram Steeh**

**COREY BAILEY (D-4),**

    Defendant.

| | | |
|---|---|---|
| **A. TARE WIGOD (P58479)** | **JULIE A. FINOCCHIARO** | **CRAIG A. DALY, P.C. (P27539)** |
| Assistant U.S. Attorney | Assistant U.S. Attorney | Attorney for Corey Bailey (D-4) |
| 211 W. Fort Street, Suite 2001 | 1301 New York Ave., N.W., 7th Fl | 615 Griswold, Suite 820 |
| Detroit, Michigan 48226 | Washington D.C. 20005 | Detroit, Michigan 48226 |
| Phone: (313) 226-9191 | Phone: (202) 514-0842 | Phone: (313) 963-1455 |
| tare.wigode@usdoj.gov | julie.finocchiaro@usdoj.gov | 4bestdefense@sbcglobal.net |
| **MARK S. BILKOVIC (P48855)** **JUSTIN WECHSLER** | | **KEITH A. SPIELFOGEL (IL BAR 2689537)** |
| Assistant U.S. Attorney | Assistant U.S. Attorney | Attorney for Corey Bailey (D-4) |
| 211 W. Fort Street, Suite 2001 | 450 5th Street, N.W., Suite 11440 | 190 S. LaSalle St., Suite 520 |
| Detroit, Michigan 48226 | Washington D.C. 20005 | Chicago, Illinois 60603 |
| Phone: (313) 226-9623 | Phone: (202) 598-8820 | Phone: (312) 236-6021 |
| mark.bilkovic@usdoj.gov | justin.wechsler@usdoj.gov | spielfogel@sbcglobal.net |

## **NOTICE OF JOINDER IN MOTIONS OF CO-DEFENDANTS**

    COREY BAILEY, by his attorneys, KEITH A. SPIELFOGEL and CRAIG A. DALY now join in the following motions:

1.     Defendant Keithon Porter's Motion for New Trial, Docket No. 1189;
2.     Defendant Arlandis Shy's Motion for New Trial, Docket No. 1190;
3.     Defendant Eugene Fisher's Motion for Judgment of Acquittal, Docket No. 1191; and
4.     Defendant Robert Brown's Motion for New Trial, Docket No. 1197

| | Respectfully submitted, |
|---|---|
| /s/*Keith A. Spielfogel* | s/*Craig A. Daly* |
| **KEITH A. SPIELFOGEL** | **CRAIG A. DALY, P.C. (P27539)** |
| **(Bar No. 2689537)** | Attorney for Corey Bailey (D-4) |
| Co-Counsel for Corey Bailey (D-4) | 615 Griswold, Suite 820 |
| 190 S. LaSalle St., Suite 520 | Detroit, Michigan 48226 |
| Chicago, Illinois 60603 | Phone: (313) 963-1455 |
| Phone: (312) 236-6021 | 4bestdefense@sbcglobal.net |
| spielfogel@sbcglobal.net | |

Dated: September 18, 2018

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**,

    Plaintiff,　　　　　　　　　　　File No. **15-20652**

-vs-

　　　　　　　　　　　　　　　　　　　　Hon. **George Caram Steeh**

**COREY BAILEY (D-4)**,

    Defendant.

## CERTIFICATE OF SERVICE

I, **CRAIG A. DALY, P.C.**, hereby certify that on the **18th** day of **September 2018**, I electronically filed **Notice of Joinder in Motions of Co-Defendants** with the Clerk of the Court using the ECF system which will send notification of such filing to the following: **Hon. George Caram Steeh, AUSA A. Tare Wigod, AUSA Julie A. Finocchiaro, AUSA Justin Wechsler, AUSA Mark Bilkovic and Attorneys of Record**.

                                                Respectfully submitted,

                                          s/*Craig A. Daly*
                                          **CRAIG A. DALY, P.C. (P27539)**
                                          Attorney for Corey Bailey (D-4)
                                          615 Griswold, Suite 820
                                          Detroit, Michigan 48226
                                          Phone: (313) 963-1455
                                          E-Mail: 4bestdefense@sbcglobal.net

Dated: September 18, 2018