UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

D-19 KEITHON PORTER,

    Defendant.
_____/

Case No. 15-20652-19

HON. GEORGE CARAM STEEH

ORDER GRANTING IN PART DEFENDANT'S
MOTION TO ADJOURN SENTENCING [DOC. 1521]

This matter is before the court on defendant Keithon Porter's motion to adjourn sentencing. On August 27, 2018, Porter was convicted of RICO Conspiracy, Murder in Aid of Racketeering, Use of a Firearm in Furtherance of a Crime of Violence Causing Death, three counts of Attempted Murder and two other firearm offenses. Attorney Margaret Sind Raben accepted an appointment to represent Porter on August 22, 2019 after two previous counsel withdrew from representing Porter. Counsel states that she requires additional time to prepare for sentencing and requests a six-month adjournment.

The government opposes defense counsel's request for a six-month adjournment and suggests that two months, in addition to the three months that have already passed since Raben undertook representation of Porter, should be sufficient to prepare for sentencing.

The court finds that Ms. Raben has established a need for additional time to prepare for sentencing but agrees with the government that a six-month adjournment is not warranted. Therefore, the court grants in part defendant's motion to adjourn sentencing and adjourns the sentencing date to March 3, 2020 at 2:00 p.m.

It is so ordered.

Dated: November 14, 2019

                                        s/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
November 14, 2019, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk