# UNITED STATES DISTRICT COURT

### Eastern District Of Michigan

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **JUDGMENT IN A CRIMINAL CASE** |
| | § | |
| v. | § | |
| | § | Case Number: 0645 2:15CR20652 (19) |
| **Keithon  Porter** | § | USM Number: 55262-039 |
| | § | **Margaret S. Raben** |
| | § | Defendant's Attorney |

## THE DEFENDANT:

| | | |
|---|---|---|
| ☐ | pleaded guilty to count(s) | |
| ☐ | pleaded nolo contendere to count(s) which was accepted by the court | |
| ■ | was found guilty on count(s) after a plea of not guilty | **1ss, 16ss, 17ss 18ss, 19ss, 20ss and 24ss** |

The defendant is adjudicated guilty of these offenses:

| Title & Section / Nature of Offense | Offense Ended | Count |
|---|---|---|
| 18 U.S.C. § 1962(d), RICO Conspiracy | 12/15/2016 | 1ss |
| 18 U.S.C. § 1959(a)(1);2, Murder in Aid of Racketeering | 12/15/2016 | **16ss** |
| 18 U.S.C. § 924(c);924(j);2 Use of Firearm in Furtherance of a Crime of Violence Causing Death 18 U.S.C. § 1959(a)(5);2 Attempted Murder in Aid of Racketeering | 8/1/2018 8/1/2018 | **17ss** **18-20ss** |
| 18 U.S.C. § 924(c);2, Use and Carry of a Firearm During, and in Relation to a Crime of Violence | 8/1/2018 | **24ss** |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒  The defendant has been found not guilty on count(s) 13ss and 15ss

☒  Count(s) 14ss, 21ss, 22ss, 23ss and 32ss      ☒  are dismissed on the motion of the United States

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**3/3/2020**

Date of Imposition of Judgment

s/George Caram Steeh

Signature of Judge

**The Honorable George Caram Steeh III**

**United States District Judge**

Name and Title of Judge

**3/9/2020**

Date

AO 245B (Rev. 09/18) Judgment in a Criminal Case

DEFENDANT:            Keithon  Porter
CASE NUMBER:          0645 2:15CR20652 (19)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of

**Counts 1ss and 16ss:  Life, concurrent to Counts 18-20ss**

**Count 17ss: Life, consecutive to Counts 1ss, 16ss, 18-20ss and 24ss**

**Counts 18, 19 and 20: 10 years, concurrent to Counts 1ss and 16ss**

**Count 24: 10 years, consecutive to Counts 1ss, 16-17ss and 18-20ss**

☒      The court makes the following recommendations to the Bureau of Prisons:

Placement at a federal medical center, and subsequent placement to USP Allenwood or the closest facility to Michigan.

☒      The defendant is remanded to the custody of the United States Marshal.

☐      The defendant shall surrender to the United States Marshal for this district:

☐   at _____   ☐   a.m.   ☐   p.m.   on _____

☐   as notified by the United States Marshal.

☐      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐   before 2 p.m. on _____
☐   as notified by the United States Marshal.
☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/18) Judgment in a Criminal Case

DEFENDANT:      Keithon  Porter
CASE NUMBER:    0645 2:15CR20652 (19)

# SUPERVISED RELEASE

## None

AO 245B (Rev. 09/18) Judgment in a Criminal Case

Judgment -- Page 4 of 5

DEFENDANT:          Keithon  Porter
CASE NUMBER:        0645 2:15CR20652 (19)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | __Assessment__ | __JVTA Assessment*__ | __Fine__ | __Restitution__ |
|---|---|---|---|---|
| **TOTALS** | $700.00 ($100 on each count) | NA | None | TBD |

☒  The determination of restitution is deferred 90 days.   An *Amended Judgment in a Criminal Case (AO245C)* will be entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

☐  Restitution amount ordered pursuant to plea agreement $

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐   the interest requirement is waived for the        ☐   fine        ☐   restitution

    ☐   the interest requirement for the        ☐   fine        ☐   restitution is modified as follows:

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22
** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/18) Judgment in a Criminal Case

Judgment -- Page 5 of 5

DEFENDANT:       Keithon  Porter
CASE NUMBER:     0645 2:15CR20652 (19)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**  ☒   Lump sum payments of $700.00  due immediately

    ☐   not later than                               , or

    ☐   in accordance     ☐  C,     ☐  D,     ☐  E, or     ☐  F below; or

**B**  ☐   Payment to begin immediately (may be combined with   ☐  C,     ☐  D, or     ☐  F below); or

**C**  ☐   Payment in  equal  *(e.g., weekly, monthly, quarterly)* installments of $  over a period of
    *(e.g., months or years)*, to commence  *(e.g., 30 or 60 days)* after the date of this judgment; or

**D**  ☐   Payment in equal  *(e.g., weekly, monthly, quarterly)* installments of $  over a period of
    *(e.g., months or years)*, to commence  *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E**  ☐   Payment during the term of supervised release will commence within  *(e.g., 30 or 60 days)* after release from
imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time;
or

**F**  ☐   Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several
    Restitution is joint and several with the following co-defendants and/or related cases, in the amount specified below:

    Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount,
and corresponding payee, if appropriate.

    ☐ Defendant shall receive credit on «dft_his_her» restitution obligation for recovery from other defendants who contributed to
the same loss that gave rise to defendant's restitution obligation.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,
(5) fine interest, (6) community restitution, (7) JVTA Assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.